Alvie WRIGHT, Petitioner,

v.

The STATE of Oklahoma, and Ray H. Page, Warden of the Oklahoma State Penitentiary, Respondents.

No. A–13472.

Court of Criminal Appeals of Oklahoma.

April 1, 1964.

Alvie Wright, pro se.

Charles Nesbitt, Atty. Gen., Hugh H. Collum, Asst. Atty. Gen., for respondents.

NIX, Judge.

This is an attempt by the petitioner, Alvie Wright, to file a petition for a Writ of Habeas Corpus, seeking his release from the State Penitentiary at McAlester, Oklahoma.

It will be unnecessary to set out the allegations in the petition, as it does not meet the requirements necessary to invoke jurisdiction on this Court. We have held repeatedly, as in the case of In re: Salisbury, Okl.Cr., 363 P.2d 380:

"Where inmate of penitentiary wishes to challenge judgment and sentence pronounced against him, he should attach to his petition for writ of habeas corpus a certified copy of the information, and a certified copy of such judgment and sentence."

No such documents were filed in connection with this case.

Where petition for habeas corpus is filed, the burden is upon the petitioner to prove grounds upon which he relies for his release, and the unsupported statements of a petitioner do not meet the requirements of the proof. Huggins v. Raines, Okl.Cr., 372 P.2d 248.

Accordingly, the petition for Writ of Habeas Corpus is Denied.

JOHNSON, P. J., and BUSSEY, J., concur.